THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 South Carolina
 Department of Social Services, Respondent,
 
 
 
 
 

   v.

 
 
 
 
 Matina N. and
 Carnell N., Appellants,
 
 
 In the interest of three minor children under the age of 18.
 
 
 

Appeal From Aiken County
Peter R. Nuessle, Family Court Judge

Unpublished Opinion No. 2011-UP-135
 Submitted April 1, 2011  Filed April 5,
2011    

AFFIRMED

 
 
 
 A. Christy Tyner, of Aiken, for Appellant
 Matina N.
 Mark L. Wilhelmi, of Augusta, Georgia, for
 Appellant Carnell N.
 Dennis Gmerek, of Aiken, for Respondent.
 Patrick McWilliams, of Aiken, Guardian ad
 Litem. 
 
 
 

PER CURIAM: Matina N. and Carnell N. both appeal from the family court's final order terminating
 their parental rights to their minor children.  See S.C. Code Ann. § 63-7-2570 (2010).  Upon a
 thorough review of the record and the family court's findings of fact and
 conclusions of law pursuant to Ex Parte Cauthen, 291 S.C. 465, 354
 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. 
 Accordingly, we affirm the family court's ruling. 
AFFIRMED.[1]
WILLIAMS and KONDUROS,
 JJ., and CURETON, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.